# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ROBERT JOSEPH KARR, III**                                                                 **PLAINTIFF**

V.                                        Case No. 2:21-CV-00159-LPR

**SWOPES, Officer**
**Phillips County Detention Center,** *et al.*                                               **DEFENDANTS**

## ORDER

On November 29, 2021, Robert Josesph Karr, III ("Plaintiff"), a pretrial detainee in the Phillips County Detention Center ("PCDC"), filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983[1] and a Motion for Leave to Proceed *in forma pauperis*,[2] in the United States District Court for the Western District of Arkansas. On December 1, 2021, Plaintiff's case was transferred to this Court.[3]

On December 3, 2021, the Court entered an Order that, among other things, denied Plaintiff's Motion for Leave to Proceed *in forma pauperis* as incomplete and directed Plaintiff to, on or before January 2, 2021, either: (1) pay the $402 filing fee in full; or (2) submit a completed application to proceed *in forma pauperis*.[4] The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed.[5] Plaintiff has not complied with or otherwise responded to the December 3, 2021 Order, and the time for doing so has passed.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R.*

---

[1] Complaint (Doc. 1).
[2] Motion for Leave to Proceed *in forma pauperis* (Doc. 2).
[3] Transfer Order (Doc. 3).
[4] Order (Doc. 4).
[5] *Id.*

*Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

    IT IS SO ORDERED this 4th day of January, 2022.

                                                  _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE