# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ROBERT JOSEPH KARR, III**                                                                                                  **PLAINTIFF**

V.                                            Case No. 2:21-CV-00159-LPR

**SWOPES, Officer**
**Phillips County Detention Center,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on today, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 4th day of January, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE